# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand twenty-two.

Before:     José A. Cabranes,
                *Circuit Judge*,

_____

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
|     Plaintiff - Appellee, | Docket Nos. 22-3042(L), 22-3050(Con) |
| v. | |
| Sharon Churcher, Jeffrey Epstein, | |
|     Respondents, | |
| v. | |
| Ghislaine Maxwell, | |
|     Defendant, | |
| v. | |
| John Doe 107, John Doe 171, | |
|     Objectors - Appellants, | |
| v. | |
| Julie Brown, Miami Herald Media Company, | |
|     Intervenors - Appellees. | |

_____

    Appellant Doe 107 seeks an emergency stay pending appeal of the district court's decision of November 18, 2022, which ordered the unsealing of certain documents filed in *Giuffre v. Maxwell*, No. 15-cv-7433 (LAP). Doe 107 also requests leave to file under seal and to redact personal details contained in the stay motion.

IT IS HEREBY ORDERED that the district court's November 18, 2022 order is administratively stayed pending review of the motion for a stay pending appeal by a three-judge panel. Appellant's request to seal is granted pending review of this matter by the panel.

                        For the Court:
                        Catherine O'Hagan Wolfe,
                        Clerk of Court