# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-two.

Before:     José A. Cabranes,
               Rosemary S. Pooler,
               Reena Raggi,
                    *Circuit Judges,*

_____

Virginia L. Giuffre,

        Plaintiff - Appellee,

v.

Sharon Churcher, Jeffrey Epstein,

        Respondents,

v.

Ghislaine Maxwell,

        Defendant,

v.

John Doe 107, John Doe 171,

        Objectors - Appellants,

v.

Julie Brown, Miami Herald Media Company,

        Intervenors - Appellees.

_____

**ORDER**

Docket No. 22-3042(L), 22-3050(Con)

    Objector-Appellant Doe 107 moves for a stay pending appeal of the district court's November 18, 2022 decision to unseal discovery materials.

It is hereby ORDERED that the motion for a stay pending appeal is GRANTED.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/08/2022