# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand twenty-two.

Before:      José A. Cabranes,
                  Rosemary S. Pooler,
                  Reena Raggi,
                      *Circuit Judges,*

_____

Virginia L. Giuffre,

          Plaintiff - Appellee,

v.

Sharon Churcher, Jeffrey Epstein,

          Respondents,

v.

Ghislaine Maxwell,

          Defendant,

v.

John Doe 107, John Doe 171,

          Objectors - Appellants,

v.

Julie Brown, Miami Herald Media Company,

          Intervenors - Appellees.

_____

**ORDER**

Docket No. 22-3042(L), 22-3050(Con)

      Objector-Appellant Doe 171 moves for a stay pending appeal of the district court's November 18, 2022 decision to unseal discovery materials. She also requests leave to file her stay motion under seal.

It is hereby ORDERED that the motions are GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/08/2022