## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Giuffre v. Maxwell        Docket No.: 22-3050

Lead Counsel of Record (name/firm) or Pro se Party (name): Sigrid S. McCawley/Boies Schiller Flexner LLP

Appearance for (party/designation): Virginia L. Giuffre/Plaintiff - Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____        Fax: _____
Email: _____

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.   The short title, docket number, and citation are: _____
Giuffre v. Maxwell: 16-3945, 17-1625, 17-1722, 18-2868 and 20-2413
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: Giuffre v. Maxwell: 22-3042
 ; _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 02/01/2022 OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Sigrid S. McCawley
Type or Print Name: Sigrid S. McCawley
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.