# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Giuffre v. Maxwell        Docket No.: 22-3050

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeffrey W. Gutchess / AXS Law Group PLLC

Appearance for (party/designation): Objector-appelant Doe 171

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect. Please change the following parties' designations:
    Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:
Firm:
Address:
Telephone:                                         Fax:
Email:

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are:
    Giuffre v. Maxwell: 16-3945, 17-1625, 17-1722, 18-2868 and 20-2413
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Giuffre v. Maxwell: 22-3042

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/Jeffrey W. Gutchess
Type or Print Name: Jeffrey W. Gutchess
    OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.