# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**    **2. PLEASE TYPE OR PRINT**    **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Giuffre<br><br>v.<br><br>Maxwell | SDNY | Preska, D.J. |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>11/18/2022 | District Court Docket No.:<br>15-cv-7433 |
| | Date the Notice of Appeal was Filed:<br>12/01/2022 | Is this a Cross Appeal?<br>☐ Yes   ☑ No |

**Attorney(s) for Appellant(s):**
☐ Plaintiff
☐ Defendant
☒ Objector-appellant Doe 171

Counsel's Name: Jeffrey W. Gutchess
Address: AXS Law Group PLLC, 2121 NW 2nd Ave, Suite 201, Miami FL 33127
Telephone No.: 305-297-1878
E-mail: jeff@axslawgroup.com

**Attorney(s) for Appellee(s):**
☑ Plaintiff
☐ Defendant

Counsel's Name: Sigrid S. Mccawley, Boies, Schiller & Flexner LLP
Address: 401 East Las Olas Boulevard, Ste. 1200, Fort Lauderdale, FL 33301
Telephone No.: 954-356-0011
E-mail: smccawley@bsfllp.com
SEE ANNEXED FOR ADDITIONAL OUNSEL

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? ☑ Yes ☐ No |
|---|---|---|---|
| Y | 18 | 0 | If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.: 16-39 5, 17-1625, 17-1722, 18-2868, 20-2413, 22-3042   Reporter Citation: 929F.3d41, 827Fed.Appx.144 |

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
☐ U.S. a party
☐ Federal question (U.S. not a party)
☑ Diversity
☐ Other (specify): _____

**2. Appellate Jurisdiction**
☑ Final Decision
☐ Interlocutory Decision Appealable As of Right
☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
☑ Other (specify): collateral order doctcice

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C** (Rev. October 2016)

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) |||
|---|---|---|
| 1. Stage of Proceedings<br><br>☐ Pre-trial<br>☐ During trial<br>☐ After trial<br><br>**Substantive case was settled pre-trial.** | 2. Type of Judgment/Order Appealed<br><br>☐ Default judgment  ☐ Dismissal/other jurisdiction<br>☐ Dismissal/FRCP 12(b)(1)  ☐ Dismissal/merit<br>  lack of subject matter juris.  ☑ Judgment / Decision of the Court<br>☐ Dismissal/FRCP 12(b)(6)  ☐ Summary judgment<br>  failure to state a claim  ☐ Declaratory judgment<br>☐ Dismissal/28 U.S.C. § 1915(e)(2)  ☐ Jury verdict<br>  frivolous complaint  ☐ Judgment NOV<br>☐ Dismissal/28 U.S.C. § 1915(e)(2)  ☐ Directed verdict<br>  other dismissal  ☐ Other (specify): | 3. Relief<br><br>☐ Damages:       ☐ Injunctions:<br>☐ Sought: $____   ☐ Preliminary<br>☐ Granted: $____  ☐ Permanent<br>☐ Denied: $____   ☐ Denied |

| PART C: NATURE OF SUIT (Check as many as apply) |
|---|

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| ☐ Antitrust<br>☐ Bankruptcy<br>☐ Banks/Banking<br>☐ Civil Rights<br>☐ Commerce<br>☐ Energy<br>☐ Commodities<br>☐ Other (specify): ____ | ☐ Communications<br>☐ Consumer Protection<br>☐ Copyright ☐ Patent<br>☐ Trademark<br>☐ Election<br>☐ Soc. Security<br>☐ Environmental | ☐ Freedom of Information Act<br>☐ Immigration<br>☐ Labor<br>☐ OSHA<br>☐ Securities<br>☐ Tax | ☐ Admiralty/<br>  Maritime<br>☑ Assault /<br>  Defamation<br>☐ FELA<br>☐ Products Liability<br>☐ Other (Specify): | ☐ Admiralty/<br>  Maritime<br>☐ Arbitration<br>☐ Commercial<br>☐ Employment<br>☐ Insurance<br>☐ Negotiable<br>  Instruments<br>☐ Other Specify | ☐ Civil Rights<br>☐ Habeas Corpus<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| ☐ Hague Int'l Child Custody Conv.<br>☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): ____<br>☐ Other (specify): ____ | ☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer | ☐ Yes  ☑ No<br><br>Will appeal raise a matter of first impression?<br><br>☐ Yes  ☑ No |

1. Is any matter relative to this appeal still pending below? ☐ Yes, specify: ____  ☑ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?  ☐ Yes  ☑ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|

Name of Appellant:

| Date: December 15, 2022 | Signature of Counsel of Record: /s/Jeffrey W. Gutchess |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**
1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)

## **Addendum for Additional Counsel**

Christine Walz, Esq.
Direct: 212-513-3200
Holland & Knight LLP
31 West 52nd Street
New York, N Y 10019
Tel. 212 513-3368
Fax 212 385-9010
Addendum for Additional Counsel
Email: Christine.walz@hklaw.com
*Attorneys for Julie Brown and Miami Herald Media Company,*
*Appellees*


Richard W. Levitt
Levitt & Kaizer
40 Fulton Street, 17 FL
New York, NY 10038
tel: 212 480-4000
fax: 212 480-4040
email: rlevitt@landklaw
*Attorneys for John Doe 107,*
*Objector - Appellant*