*Giuffre v. Maxwell*, 22-3050

## Addendum B

## Nature of the action and result below

### Issue on Appeal

Whether the district court erred in ordering the blanket unsealing of mere discovery motions and related papers without any redactions in a substantively concluded case where the sought-after documents were of limited-to-no public value beyond sheer salaciousness and the unsealing would cause unwarranted reputational and physical harm to a foreign non-party in contravention of international comity principles. Whether the district court erred in failing to make required findings, document-by-document, as necessary to facilitate effective appellate review of the appropriateness of narrowly-tailored redactions to prevent the weaponization of its docket against a foreign non-party.

### Standard of Review

When reviewing a district court's decision to seal a filing or maintain such a seal, "we examine the court's factual findings for clear error, its legal determinations de novo, and its ultimate decision to seal or unseal for abuse of discretion." *Brown v. Maxwell*, 929 F.3d 41, 47 (2d Cir. 2019) (citing *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139 (2d Cir. 2016)).