UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Giuffre,<br><br>v.<br><br>Maxwell, | **DISTRICT**<br>SDNY | **DOCKET NUMBER**<br>SDNY 15-cv-7433 |
| | **JUDGE**<br>Preska, D.J. | **APPELLANT**<br>Doe 171 |
| | **COURT REPORTER**<br>MPH, Steven Greenblum | **COUNSEL FOR APPELLANT**<br>Jeffrey W. Gutchess |

Check the applicable provision:

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.

Reason for not ordering a transcript:

[ ] Copy is already available

[ ] No transcribed proceedings

[ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

1/19/2021
7/1/2021
4/19/2022

**METHOD OF PAYMENT**  [✓] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

[ ] PREPARE TRANSCRIPT OF TRIAL

[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

[ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Jeffrey W. Gutchess
AXS Law Group PLLC
2121 NW 2nd Avenue
Suite 201
Tel. 305-297-1878

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b)**. I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>/s/Jeffrey W. Gutchess | DATE<br>12/15/2022 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017