RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
 OF COUNSEL

*ADMITTED IN N.Y., FLA., AND D.C.

# LEVITT & KAIZER
### ATTORNEYS AT LAW
### 40 FULTON STREET
### 17TH FLOOR
### NEW YORK, NEW YORK 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

December 15, 2022

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York  10007

       Re: Giuffre v. Maxwell, 22-3042, 22-3050(Con)

Dear Ms. O'Hagan Wolfe,

 We represent Appellant Doe 107.  I write to follow up on our December 12, 2022 Form D. I have requested copies of the transcripts identified on Form D and will update the Court once we have them. I am therefore not filing a Scheduling Notification at this time.

          Respectfully submitted,

          Nicholas Kaizer
          Levitt & Kaizer