UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CASE NO. 22-3050

VIRGINIA GIUFFRE,

    *Plaintiff*,

v.

GHISLAINE MAXWELL,

    *Defendant*,

v.

JANE DOE 171,

    *Objector-Appellant*,

v.

MIAMI HERALD COMPANY and
JULIE BROWN,

    *Intervenor-Appellee*.
_____/

## NON-PARTY DOE 171's SCHEDULING NOTIFICATION

Pursuant to Local Rule 31.2(a)(1)(A), Non-party Doe 171 respectfully requests a deadline of February 16, 2023 for the filing of Non-Party Doe 171's appellate brief. This deadline is within 91 days of December 2, 2022, the date of receipt of the last transcript listed in Form D by Doe 171.

Dated: December 16, 2022

>Respectfully submitted,
>
>By: /s/ *Jeffrey Gutchess*
>Jeffrey W. Gutchess, Esq.
>**AXS LAW GROUP, PLLC**
>2121 NW 2nd Ave, Suite 201
>Miami, Florida 33127
>Telephone: (305) 297-1878
>Florida Bar No. 702641
>jeff@axslawgroup.com
>eservice@axslawgroup.com
>
>*Counsel for Doe 171*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, a true and correct copy of the foregoing document was served and filed via the Court's CM/ECF system on all counsel of record.

>/s/ *Jeffrey Gutchess*
>
>Jeffrey W. Gutchess