UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-two.

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
| Plaintiff - Appellee, | Docket Nos: |
| v. | 22-3042 (L), 22-3050 (CON) |
| Sharon Churcher, Jeffrey Epstein, | |
| Respondents, | |
| v. | |
| Ghislaine Maxwell, | |
| Defendant, | |
| v. | |
| John Doe 107, John Doe 171, | |
| Objectors - Appellants, | |
| v. | |
| Julie Brown, Miami Herald Media Company, | |
| Intervenors - Appellees. | |

Counsel for APPELLANT John Doe 171 has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 16, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before February 16, 2023. The appeal is dismissed effective February 16, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

