United States Court of Appeals
For the Second Circuit

Case No. 22-3042

VIRGINIA GIUFFRE,

    *Plaintiff-Appellee,*

  v.

SHARON CHURCHER, JEFFREY EPSTEIN,

    *Respondents,*
  v.

GHISLAINE MAXWELL,

    *Defendant,*

  v.

JOHN DOE 107,

    *Objector-Appellant,*

  v.

JULIE BROWN, MIAMI HERALD COMPANY,

    *Intervenor-Appellee.*

## APPELLANT DOE 107'S SCHEDULING REQUEST

Pursuant to Local Rule 31.2(a)(1)(A), Appellant Doe 107, respectfully requests a deadline of March 29, 2022 for the filing of Appellant Doe 107's appellate brief. This deadline is within 91 days of December 30, 2022, the date of counsel's receipt of the last transcript requested in Form D.

1

2

This request is within 14 days of counsel's December 30, 2022 receipt of the aforesaid transcript.

Respectfully submitted,

_____
Richard Levitt
Levitt & Kaizer
40 Fulton Street, 17th Floor
New York, NY 10038-1850
(212) 480-4000
rlevitt@landklaw.com
*Attorneys for Appellant Doe 107*