UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty-three.

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
| | Docket Nos: |
|     Plaintiff - Appellee, | 22-3042 (L), 22-3050 (CON) |
| v. | |
| Sharon Churcher, Jeffrey Epstein, | |
|     Respondents, | |
| v. | |
| Ghislaine Maxwell, | |
|     Defendant, | |
| v. | |
| John Doe 107, John Doe 171, | |
|     Objectors - Appellants, | |
| v. | |
| Julie Brown, Miami Herald Media Company, | |
|     Intervenors - Appellees. | |

    Counsel for APPELLANT John Doe 107 has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 29, 2023 as the brief filing date.

    It is HEREBY ORDERED that Appellant's brief must be filed on or before March 29, 2023. The appeal is dismissed effective March 29, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See

Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court