# 22-3050

## United States Court of Appeals for the Second Circuit

VIRGINIA L. GIUFFRE,

*Plaintiff-Appellee,*

v.

GHISLAINE MAXWELL,

*Defendant,*

v.

JOHN DOE 107,

*Objector-Appellant,*

v.

JANE DOE 171.

*Objector-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
15-CV-7433 (LAP)

## Virginia Giuffre's Response in Opposition to Doe 171's Motion to Seal

Sigrid S. McCawley
Boies Schiller Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

*Attorney for Plaintiff-Appellee Virginia L. Giuffre*

Plaintiff-Appellee Virginia Giuffre submits this response in opposition to Doe 171's Motion to File Appellate Brief and Appendix Under Seal. DE 63.[1] Doe 171 seeks to file under seal her unredacted appellate brief and appendix and file redacted copies on the public docket. With a few exceptions, Giuffre opposes her request.

*First*, Giuffre opposes any effort to redact Doe 171's name from the public record. Doe 171's name was made public by the District Court at the November 18, 2022, hearing when it overruled Doe 171's objections to unsealing documents referencing her. Dkt. 1284 (Nov. 18, 2022, Hr'g Tr.) at 5-6. The transcript of that hearing is publicly available on the District Court's docket. *Id.* As this information is public and a judicial document already part of the record, there no reason for it to be redacted here. *See United States v. Avenatti*, (S1) 19 Cr. 373 (PGG), 2020 WL 70952, at *5 (S.D.N.Y. Jan. 6, 2020) ("In considering whether sealing is appropriate, an important consideration is, of course, whether the information sought to be kept confidential is already public.").

Giuffre does not, however, oppose the temporary sealing of the docket entries that are the subject of this appeal, or Doe 171's Objections to unsealing, which were filed and currently remain under seal with the District Court, until this Court rules on the appropriateness of their continued sealing.

---

[1] Citations to "DE" refer to this Court's docket at 22-3050. The lead case to which Doe 171's appeal is a member is 22-3042. Citations to "Dkt." refer to the District Court docket.

1

*Finally*, Giuffre opposes any effort by Doe 171 to file materials or arguments that are not in the record or were not provided to the District Court, as doing so is improper. *E.g.*, *Greene v. United States*, 13 F.3d 577, 586 (2d Cir. 1994) ("To begin, it is a well-established general rule that an appellate court will not consider an issue raised for the first time on appeal."). As Giuffre has not seen those documents, she takes no position on whether they should be allowed to be filed under seal but notes that anything filed in this appeal will be a judicial document where the presumption of public access applies. *E.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) ("The common law right of public access to judicial documents is firmly rooted in our nation's history.").

Accordingly, subject to the limited exceptions detailed above, the Court should deny Doe 171's Motion to File Appellate Brief and Appendix Under Seal.

Dated: February 14, 2023　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: */s/ Sigrid S. McCawley*
　　　　　　　　　　　　　　　　　　Sigrid S. McCawley
　　　　　　　　　　　　　　　　　　401 East Las Olas Blvd., Suite 1200
　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　Telephone: (954) 356-0011
　　　　　　　　　　　　　　　　　　Facsimile: (954) 356-0022

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff-Appellee*
　　　　　　　　　　　　　　　　　　*Virginia L. Giuffre*

# **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 424 words, fewer than 5,200 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

Dated: February 14, 2023

By: */s/ Sigrid S. McCawley*
Sigrid S. McCawley

## **CERTIFICATE OF SERVICE**

I certify that on February 14, 2023, I served a copy of this Response in Opposition to Non-Party Doe 171's Motion to File Appellate Brief and Appendix Under Seal via CM/ECF, which will send notification of the filing to all counsel of record.

Respectfully submitted,

By: */s/ Sigrid S. McCawley*
Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Attorney for Plaintiff-Appellee
Virginia L. Giuffre*