| | | |
|---|---|---|
| STATE OF NEW YORK | ) | AFFIDAVIT OF SERVICE |
| | ) ss.: | BY OVERNIGHT EXPRESS |
| COUNTY OF NEW YORK | ) | MAIL |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On February 16, 2023**

deponent served the within: **CONFIDENTIAL BRIEF FOR OBJECTOR-APPELLANT JOHN DOE 171**

**upon:**

**SIGRID S. MCCAWLEY**
**BOIES, SCHILLER & FLESNER LLP**
*Attorneys for Plaintiff-Appellee*
**401 East Las Olas Boulevard,**
  **Suite 1200**
**Fort Lauderdale, Florida 33301**
**(954) 356-0011**

the address(es) designated by said attorney(s) for that purpose by depositing **2** true copy(ies) of same, enclosed in a postpaid properly addressed wrapper in a Post Office Official Overnight Express Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

**Sworn to before me on February 16, 2023**

**MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026

**Job# 318861**