# 22-3042-cv(L), 22-3050-cv(CON)

# United States Court of Appeals

*for the*

# Second Circuit

VIRGINIA L. GIUFFRE,

*Plaintiff-Appellee,*

– v. –

SHARON CHURCHER, JEFFREY EPSTEIN,

*Respondents,*

– v. –

GHISLAINE MAXWELL,

*Defendant,*

– v. –

JOHN DOE 107, JOHN DOE 171,

*Objectors-Appellants,*

– v. –

JULIE BROWN, MIAMI HERALD MEDIA COMPANY,

*Intervenors-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**REDACTED APPENDIX**
**FOR OBJECTOR-APPELLANT JOHN DOE 171**

CHRISTINE WALZ
HOLLAND & KNIGHT LLP
*Attorneys for Intervenors-Appellees*
31 West 52nd Street, 12th Floor
New York, New York 10019
(212) 513-3200

RICHARD W. LEVITT
LEVITT & KAIZER
*Attorneys for Objector-Appellant John Doe 107*
40 Fulton Street, 17th Floor
New York, New York 10038
(212) 480-4000

JEFFREY W. GUTCHESS
AXS LAW GROUP PLLC
*Attorneys for Objector-Appellant John Doe 171*
2121 NW 2nd Avenue, Suite 201
Miami, Florida 33127
(305) 297-1878

SIGRID S. MCCAWLEY
BOIES, SCHILLER & FLESNER LLP
*Attorneys for Plaintiff-Appellee*
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

# TABLE OF CONTENTS

PAGE

## DOCUMENTS FILED UNDER SEAL IN DISTRICT COURT PROCEEDINGS

Exhibit 6 to Declaration of Sigrid S. McCawley in support of DE 143 (DE 144-6) …….CA-0001

Exhibit A to Declaration of Jeffrey S. Pagliuca in Opposition to DE 144 (DE 150-1)…..CA-0005

Exhibit 1 to Declaration of Sigrid S. McCawley in support of DE 143 (DE 153-1)……..CA-0011

Motion to Exceed Presumptive Ten Deposition Limit (DE 172) ……………………..…CA-0016

Exhibit 5 to Declaration of Sigrid S. McCawley in support of DE 172 (DE 173-5)..……CA-0021

Exhibit 6 to Declaration of Sigrid S. McCawley in support of DE 172 (DE 173-6)…..…CA-0044

Exhibit 3 to Declaration of Sigrid S. McCawley in Opposition of DE 181 (185-3)...……CA-0064

Reply in Support of DE 172 (DE 203) ……………………………………………......CA-0068

Corrected Reply in Support of DE 172 (DE 211)..………………...…………………..…CA-0070

Amended Corrected Reply in Support of DE 172 (DE 224)…………………………..…CA-0072

Response in Opposition to DE 199 (DE 228) ……………………………………………CA-0074

Exhibit D to Declaration of Laura A. Menninger in Support of DE 23 (DE 235-4) …….CA-0076

Exhibit M to Declaration of Laura A. Menninger in Support of DE 23 (DE 235-13)...…CA-0085

Exhibit 4 to Declaration of Sigrid S. McCawley in Support of DE 199 (DE 249-4)…….CA-0087

Exhibit 13 to Declaration of Sigrid S. McCawley in Support of DE 199 (DE 249-13)….CA-0092

Exhibit 3 to Letter Motion for Leave to File Sur-Reply (DE 272-5) …………………..…CA-0096

Exhibit 1 to Declaration of Meredith Schultz in Support of DE 279 (DE 280-1)……….CA-0099

Defendant's Submission Regarding "Search Terms" And Notice Of Compliance With Court Order Concerning Forensic Examination Of Devices (DE 320)…………………CA-0103

Exhibit A to Declaration of Laura A. Menninger in Support of DE 320 (DE 321-1)…....CA-0106

Exhibit F to Declaration of Laura A. Menninger in Support of DE 320 (DE 321-6)…….CA-0110

PAGE

Response in Opposition to DE 315 (DE 339)……………………….………………...CA-0112

Exhibit C to Declaration of Jeffrey S. Pagliuca in Opposition to DE 315 (DE 340-3)…..CA-0115

Exhibit G to Declaration of Alan M. Derchowitz in Support of DE 362 (DE 363-7)……CA-0118

Exhibit 1 to Declaration of Sigrid S. McCawley in Support of DE 357 (DE 369-1)….....CA-0132

Exhibit 5 to Declaration of Sigrid S. McCawley in Support of DE 357 (DE 369-5..…….CA-0142

Exhibit 4 to Declaration of Sigrid S. McCawley in Opposition to DE 362 (DE 407-4)….CA-0149

Exhibit 9 to Declaration of Sigrid S. McCawley in Opposition to DE 362 (DE 407-9)….CA-0152

Exhibit D to Declaration of Laura A. Menninger in Support of DE 422 (DE 423-4)…....CA-0155

Exhibit A to Declaration of Jeffrey S. Pagliuca in Support of DE 449 (DE 450-1)……...CA-0158

December 10, 2020 Email to the Court………………………………………….………..CA-0162
Attachment to December 10, 2020 Email to the Court –
Non-Party's Objection to Unsealing (DE 1044) …...…………..………………...CA-0164

April 7, 2022 Letter to the Court………………………….....………………………...CA-0167

**ADDITIONAL SEALED DOCUMENTS DESIGNATED BY APPELLEES AND INTERVENORS**

Exhibit 15 to Declaration of Sigrid S. McCawley
in Opposition to DE 181 (DE 185-15)..................................................................CA-0175

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**AFFIDAVIT OF SERVICE BY OVERNIGHT EXPRESS MAIL**

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On February 16, 2023**

deponent served the within: **CONFIDENTIAL APPENDIX FOR OBJECTOR-APPELLANT JOHN DOE 171**

**upon:**

**SIGRID S. MCCAWLEY**
**BOIES, SCHILLER & FLESNER LLP**
***Attorneys for Plaintiff-Appellee***
**401 East Las Olas Boulevard,**
**Suite 1200**
**Fort Lauderdale, Florida 33301**
**(954) 356-0011**

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a postpaid properly addressed wrapper in a Post Office Official Overnight Express Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

**Sworn to before me on February 16, 2023**

Mariana Braylovskiy

T. Heath

**MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026

**Job# 318861**