CERTIFICATE OF SERVICE

    Zachary Segal, Esq. hereby certifies that on March 1, 2023, I served the within sealed brief and appendix by delivering one true copy thereof to the addressee indicated below, by email:

Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
smccawley@bsfllp.com
*Attorneys for Plaintiff Virginia A. Giuffre*

    I further certify that on March 1, 2023, I served the within sealed brief and appendix by delivering seven true paper copies thereof to the addressee indicated below, by hand delivery:

Attn: Catherine O'Hagan Wolfe
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

<u>Dated: March 1, 2023</u>

                                                           /s/
                                                      _____
                                                      *Zachary Segal, Esq.*