

March 15, 2023

**BY ECF**

Ms. Catherine O' Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Giuffre v. Maxwell, Docket Nos. 22-3042; 22-3050</u>
               <u>Local Rule 31.2 Scheduling Request</u>

Dear Ms. O' Hagan Wolfe:

    We are counsel for Plaintiff - Appellee Virginia L. Giuffre in the above-referenced appeals. Pursuant to Local Rule 31.2 (a)(1)(B) of this Court, Plaintiff - Appellee requests that the deadline for the filing of her brief be set for April 19, 2023. This deadline is within 91days after the filing of the last appellant's brief, which was filed on March 1, 2023.

                                                    Respectfully yours,

                                                    /s/ *Sigrid S. McCawley*

                                                    Sigrid S. McCawley

Cc: All counsel of record (by ECF)

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com