# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## Consolidated Appeal Nos. 22-3042 and 22-3050

**VIRGINIA L. GIUFFRE,**
*Plaintiff-Appellee*,

v.

**GHISLAINE MAXWELL,**
*Defendant*,

v.

**DOES 107, 171,**
*Objectors-Appellants,*

v.

**MIAMI HERALD MEDIA CO., JULIE BROWN,**
*Intervenors-Appellees*

v.

**SHARON CHURCHER, JEFFREY EPSTEIN,**
*Respondents*

## INTERVENORS-APPELLEES JULIE BROWN AND MIAMI HERALD MEDIA CO.'S SCHEDULING NOTIFICATION

On Appeal from the United States District Court for the
Southern District of New York, No. 15-cv-07433-LAP

Pursuant to Local Rule 31.2(a)(1)(B), Intervenors-Appellees Julie Brown and Miami Herald Company respectfully request a deadline of April 19, 2023 for the filing of Intervenors-Appellees' appellate brief in response to Doe 171's and Doe 107's opening briefs.

This request is filed within 14 days after the filing of the last appellant's brief, which was filed on March 1, 2023. The deadline of April 19, 2023 is also within 91 days after the filing of the last appellant's brief on March 1, 2023.

| | |
|---|---|
| Dated: March 15, 2023<br>New York, New York | Respectfully submitted,<br><br>HOLLAND & KNIGHT, LLP<br><br>/s/ Christine N. Walz<br>Christine N. Walz<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: 212.513.3200<br>Fax: 212.385.9010<br><br>Scott D. Ponce<br>701 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Telephone: 305.374.8500<br>Fax: 305.789.7799<br><br>*Attorneys for Intervenors Julie Brown and Miami Herald Media Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, a true and correct copy of the foregoing document was served and filed via the Court's CM/ECF system on all counsel of record.

/s/ Christine N. Walz
Christine N. Walz
