# UNITED STATES COURT OF APPEALS
### for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-three.

_____

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
| Plaintiff - Appellee, | Docket Nos: 22-3042 (L), 22-3050 (CON) |

v.

Sharon Churcher, Jeffrey Epstein,

       Respondents,

v.

Ghislaine Maxwell,

       Defendant,

v.

John Doe 107, John Doe 171,

       Objectors - Appellants,

v.

Julie Brown, Miami Herald Media Company,

       Intervenors - Appellees.

_____

Counsel for APPELLEE Virginia L. Giuffre and Julie Brown and Miami Herald Media Company has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 19, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellees' briefs must be filed on or before April 19, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a

brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court