**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Virginia L. Giuffre vs. Ghislaine Maxwell    Docket No.: 22-3050

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Scott D. Ponce

Firm: Holland & Knight LLP

Address: 701 Brickell Avenue, Suite 3300

Telephone: 305-374-8500    Fax: 305-789-7799

E-mail: Scott.Ponce@hklaw.com

Appearance for: Miami Herald Media Company, Julie Brown
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Christine N. Walz, Holland & Knight LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Scott D. Ponce

Type or Print Name: Scott D. Ponce