CERTIFICATE OF SERVICE

Zachary Segal, Esq. hereby certifies that on May 2, 2023, I served the within sealed reply brief by delivering one true copy thereof to the addressee indicated below, by email:

Sigrid S. McCawley
Boies, Schiller & Flexner LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
smccawley@bsfllp.com
*Attorneys for Plaintiff Virginia A. Giuffre*

I further certify that on May 2, 2023, I served the within sealed reply brief by delivering six true paper copies thereof to the addressee indicated below, by hand delivery:

Attn: Catherine O'Hagan Wolfe
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dated: May 2, 2023

/s/
_____
*Zachary Segal, Esq.*

MOTION INFORMATION FORM

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

22-3042

VIRGINIA GIUFFRE,
*Plaintiff,*

v.

SHARON CHURCHER, JEFFREY EPSTEIN,
*Respondents*,

v.

GHISLAINE MAXWELL,
*Defendant*,

v.

JOHN DOE 107,
*Objector-Appellant*,

v.

MIAMI HERALD COMPANY, JULIE BROWN,
*Intervenor-Appellee.*

Richard Levitt
LEVITT & KAIZER
40 Fulton Street, 23rd Floor
New York, New York 10038
(212) 480-4000
*Attorney for Appellant Doe 107*