## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Giuffre v. Maxwell _____ Docket No.: 22-3050 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Courtney Caprio

Firm: AXS LAW GROUP PLLC

Address: 2121 NW 2nd Avenue, Suite 201, Miami, Florida 33127

Telephone: 33127 (305) 297-1878 _____ Fax: _____

E-mail: courtney@axslawgroup.com

**Appearance for:** Jane Doe 171          Objector-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☑ Additional counsel (co-counsel with: JEFFREY W.GUTCHESS, AXS LAW GROUP PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Courtney Caprio

Type or Print Name: Courtney Caprio