## CERTIFICATE OF SERVICE

**STATE OF NEW YORK**          )
                                       )

**COUNTY OF WESTCHESTER**     )

Arnold Dennis, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides at 212-04 99th Avenue, 2nd floor, Queens Village, New York 11429.

That on the 10th day of May, 2023, deponent served the within:

# REPLY BRIEF FOR OBJECTOR-APPELLANT
# JOHN DOE 171
# (Sealed)

upon designated parties indicated herein at the addresses provided below by means of Federal Express Standard Overnight Delivery of 1 true copies of the same at the addresses of said attorney/parties with the names of each represented party:

SIGRID S. MCCAWLEY
BOIES, SCHILLER & FLESNER LLP
*Attorneys for Plaintiff-Appellee*
401 East Las Olas Boulevard,
Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

Sworn to before me this
10th day of May, 2023

_____
Notary Public

_____
Arnold Dennis

IVAN DIAZ
Notary Public, State of New York
No. 01DI6435046
Qualified in Bronx County
Commission Expires June 21, 2026

**19417**