# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

Consolidated Appeal Nos. 22-3042 and 22-3050

**VIRGINIA L. GIUFFRE,**
*Plaintiff-Appellee*,

v.

**GHISLAINE MAXWELL,**
*Defendant*,

v.

**DOES 107, 171,**
*Objectors-Appellants,*

v.

**MIAMI HERALD MEDIA CO., JULIE BROWN,**
*Intervenors-Appellees*

v.

**SHARON CHURCHER, JEFFREY EPSTEIN,**
*Respondents*

**INTERVENORS JULIE BROWN AND THE MIAMI HERALD'S OPPOSITION TO DOE 171'S MOTION TO FILE APPELLATE REPLY BRIEF UNDER SEAL**

On Appeal from the United States District Court for the
Southern District of New York, No. 15-cv-07433-LAP

HOLLAND & KNIGHT, LLP

Christine N. Walz
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Fax: 212.385.9010

Scott D. Ponce
701 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: 305.374.8500
Fax: 305.789.7799

*Counsel for Intervenors*

Dated: May 15, 2023
   New York, New York

Intervenors Julie Brown and the *Miami Herald* hereby oppose Doe 171's Motion to File Appellate Reply Brief Under Seal. (DE 133).

Appellate briefs filed with this Court are at the height of "releva[nce] to the performance of the judicial function and useful in the judicial process" and are therefore judicial documents subject to "a strong presumption of access." *See Brown v. Maxwell*, 929 F.3d 41, 47, 49 (2d Cir. 2019). Doe 171 seeks to file her reply brief under seal, with supposed "limited redactions" on the public docket, based on conclusory claims that the documents contain "highly personal, sensitive and confidential information." (DE 133, at 4). However, the information that Doe 171 seeks to file under seal is already publicly known, including her name, which is stated in the transcript on the public docket in the record below and was attached to Doe 107's notice of appeal in this consolidated appeal. (*See* 1:15-cv-07433-LAP, Dkt. 1284, at 5-6; Appeal No. 22-3042, DE 22-2, at 5-6). Intervenors oppose Doe 171's request to file her reply brief under seal and incorporate by reference the arguments from Intervenors prior opposition to Doe 171's request to seal. (DE 68). Intervenors respectfully request that Doe 171's request to file her reply brief under seal be denied.[1]

---

[1] If the Court is inclined to allow the brief to be filed under seal, Intervenors respectfully request that the filings be unsealed in their entirety at the conclusion of this appeal.

Dated: May 15, 2023
   New York, New York

Respectfully submitted,

HOLLAND & KNIGHT, LLP

/s/ Christine N. Walz
Christine N. Walz
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Fax: 212.385.9010

Scott D. Ponce
701 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: 305.374.8500
Fax: 305.789.7799

*Attorney for Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a true and correct copy of the foregoing was served and filed via the Court's CM/ECF system on all counsel of record.

/s/ Christine N. Walz
Christine N. Walz

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 32(g), I certify that this document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 272 words, fewer than 5,200 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

Date: May 15, 2023

/s/ Christine N. Walz
Christine N. Walz