# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty-three.

Before:     José A. Cabranes,
               *Circuit Judge,*

_____

Virginia L. Giuffre,

        Plaintiff - Appellee,

v.

Sharon Churcher, Jeffrey Epstein,

        Respondents,

v.

Ghislaine Maxwell,

        Defendant,

v.

John Doe 107, John Doe 171,

        Objectors - Appellants,

v.

Julie Brown, Miami Herald Media Company,

        Intervenors - Appellees.

_____

**ORDER**

Docket Nos. 22-3042(L), 22-3050(Con)

    Appellant Doe 171 moves for leave to file the reply brief under seal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

