UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand twenty three,

_____

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
| Plaintiff - Appellee, | Docket Nos. 22-3042(Lead), 22-3050(Con) |

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

v.

Ghislaine Maxwell,

    Defendant,

v.

John Doe 107, John Doe 171,

    Objectors - Appellants,

v.

Julie Brown, Miami Herald Media Company,

    Intervenors - Appellees.

_____

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Wednesday, June 28, 2023, is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

