Only counsel and one co-counsel may dial in. All others must access the live stream, https://ww2.ca2.uscourts.gov/Court.html

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument. When signing into the Zoom meeting, anyone presenting oral argument should cause their display name to read as follows:

[Case No.] – [Attorney Name] – [Party Representing]

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

-----------------------------------------------------------------------------------------------------------

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper. If filing electronically, you must use the "Notice of Telephonic Hearing Date Acknowledgement" event.**

Name of the Attorney/Pro Se presenting argument:   Courtney Caprio
Firm Name (if applicable):   AXS LAW GROUP PLLC
Current Telephone Number:   (786) 367-7217

The above named attorney represents:
(X) Appellant/Petitioner     ( ) Appellee-Respondent ( )   Intervenor

Date: __7/20/2023_____     Signature: ___/s/ Courtney Caprio_____